### GRAFTON.

---

### DAVIS, *Adm'r, v.* RUMNEY.

The act of 1887 (*c.* 71), relating to liability " when the death of a person
is caused by a wrongful act or neglect of another," is applicable to a
defect of a highway caused by the neglect of a town, by reason of which
a traveller is killed.

CASE, upon Gen. Laws, *c.* 75, *s.* 1, and Laws 1887, *c.* 71, for
neglect, causing a defect in a highway, by reason of which the
plaintiff's intestate, a traveller, was thrown from his carriage and
killed, in April, 1889. The defendants demurred, contending that
the act of 1887 was not applicable to towns.

*Burleigh & Adams* and *D. Barnard*, for the plaintiff, cited
*Clark* v. *Manchester*, 62 N. H. 577, and *Jewett* v. *Keene*, 62 N. H.
701.

*E. Aldrich* and *I. W. Drew*, for the defendants.

DOE, C. J. Demurrer overruled.

CARPENTER, J., did not sit: the others concurred.